**JOHN D. SULLIVAN**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
Email: John.Sullivan2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
EH   APR 19 2018
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN CAMERON SWIFT, <br><br> Defendant. | CR 18- 57 -BLG- DLC <br><br> INDICTMENT <br><br> CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE AND TO DISTRIBUTE METHAMPHETAMINE <br> (Count I) <br> Title 21 U.S.C. § 846 <br> (Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release) <br><br> POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE <br> (Count II) <br> Title 21 U.S.C. § 841(a)(1) <br> (Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release) <br><br> CRIMINAL FORFEITURE <br> Title 21 U.S.C. § 881(a)(11) |

| | |
|---|---|
| | **TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS** |

THE GRAND JURY CHARGES:

## COUNT I

That beginning in or about January 2017, and continuing thereafter until in or about April 2017, at Billings, in Yellowstone County, and elsewhere in the State and District of Montana, and in the state of Utah, and elsewhere, the defendant, JOHN CAMERON SWIFT, together and with others both known and unknown to the Grand Jury, knowingly conspired and agreed to distribute, and to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 500 or more grams of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT II

That beginning in or about January 2017, and continuing thereafter until in or about April 2017, at Billings, in Yellowstone County, and elsewhere in the State and District of Montana, and in the state of Utah, and elsewhere, the defendant, JOHN CAMERON SWIFT, knowingly possessed, with the intent to distribute, 500 or more grams of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

FORFEITURE ALLEGATION

Upon conviction of either of the offenses alleged in counts I and II of this indictment, the defendant, JOHN CAMERON SWIFT, shall forfeit pursuant to 21 U.S.C. § 881(a)(11): (1) any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of the commission of any offense set forth in counts I and II; (2) any property used and intended to be used, in any manner and part, to commit, and facilitate the commission of, any offense alleged in counts I or II of this indictment. The property to be forfeited includes, but is not limited to a Hi-Point C9, 9mm semi-automatic pistol (serial number P1458146).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
FOREPERSON

_____
KURT G. ALME
United States Attorney

for _____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: X _____
Bail: _____

3