IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–57–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JOHN CAMERON SWIFT, | |
| Defendant. | |

Before the Court is Defendant's Motion to Withdraw as Attorney of Record and for Appointment of CJA Panel Attorney (Doc. 18). While the Court is inclined to grant this Motion, because the Federal Defenders of Montana have yet to locate a conflict free CJA panel attorney to replace Defendant's current counsel, the Court will refrain from doing so at this time to avoid leaving Defendant unrepresented. Accordingly,

IT IS ORDERED that Defendant's counsel, Lance G. Lundvall, shall notify this Court of the name of the attorney selected by the Federal Defenders of Montana to replace him as counsel for Defendant as soon as such information has been made available.

DATED this 15th day of May, 2018.

_Dana L. Christensen_
Dana L. Christensen, Chief Judge
United States District Court