IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–57–BLG–DLC |
| Plaintiff, | |
| | ORDER |
| vs. | |
| JOHN CAMERON SWIFT, | |
| Defendant. | |

United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendation in this matter on September 11, 2018. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Cavan recommended this Court accept John Cameron Swift's guilty

plea after Swift appeared before him pursuant to Federal Rule of Criminal

Procedure 11, and entered a plea of guilty to possession with intent to distribute

methamphetamine in violation of 21 U.S.C. § 841(a)(1) as charged in Count II of

the Indictment.

I find no clear error in Judge Cavan's Findings and Recommendation (Doc.

38), and I adopt them in full.

Accordingly, IT IS ORDERED that John Cameron Swift's motion to

change plea (Doc. 31) is GRANTED and John Cameron Swift is adjudged guilty

as charged in Count II of the Indictment.

DATED this 1st day of October, 2018.

Dana L. Christensen, Chief District Judge
United States District Court